United States of America
District of Massachusetts

Essex, ss.


Amanda Anderson                          )
                                         )
v.                                       )
                                         )          16-CV-10398
Discover Financial Services,             )
Discover Student Loans, Discover Bank,   )
Student Loan Corporation                 )

### Motion for Leave to Amend

Now comes the Plaintiff, Amanda Anderson, who moves to add Robert Anderson as a Plaintiff, and join him to all relevant claims, particularly those under the Fair Credit Reporting Act.


Respectfully Submitted,

Amanda Anderson
By her Attorney

Michael C. Walsh
BBO 681001
Walsh & Son LLP
PO Box 9
Lynnfield, MA 01940
Walsh.lynnfield@gmail.com
617-257-5496

### Certificate of Service

I, Michael C. Walsh, hereby certify that this motion was served contemporaneously with the Complaint through the following methods:

By certified mail:

Discover                                Discover Financial Services
PO Box 15083                            2500 Lake Cook Road
Wilmington, DE 19850-5083               Riverwoods, IL 60015

Discover Student Loans
PO Box 6107
Carol Stream, IL 60197-6107

1

On this 25th day of February, 2015.

/S/ Michael Walsh

Michael Walsh