# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MASSACHUSETTS

_____

|  |  |
|---|---|
| AMANDA ANDERSON, | ) |
| Plaintiff, | ) ) ) |
| v. | ) ) Civil Action No. 1:16-cv-10398-FDS |
| DISCOVER FINANCIAL SERVICES, DISCOVER STUDENT LOANS, DISCOVER BANK, STUDENT LOAN CORPORATION | ) ) ) ) ) ) ) |
| Defendants. | ) ) |

_____)

## **NOTICE OF APPEARANCE**

Undersigned counsel, Jack W. Pirozzolo of Sidley Austin LLP, hereby gives notice of his appearance as counsel for and on behalf of Defendants Discover Financial Services, Discover Student Loans, Discover Bank and Student Loan Corporation.  The undersigned counsel, duly admitted in the U.S. District Court for the District of Massachusetts, requests that all pleadings, notices, orders, correspondence, and other papers in this proceeding be directed to the undersigned at the address listed below.

Dated:  March 4, 2016

Respectfully submitted,

*/s/ Jack W. Pirozzolo*
Jack W. Pirozzolo (BBO# 564879)
SIDLEY AUSTIN LLP
60 State Street, 36th Floor
Boston, MA, 02109
(617) 223-0304
jpirozzolo@sidley.com

**CERTIFICATE OF SERVICE**

  I hereby certify that on this day, March 4, 2016, I electronically filed the above Notice of Appearance using the CM/ECF system, which will automatically send email notification of such filing to all attorneys of record.


Dated:  March 4, 2016            */s/ Jack W. Pirozzolo*
                      Jack W. Pirozzolo