# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MASSACHUSETTS

_____
)
AMANDA ANDERSON,                           )
                                           )
    Plaintiff,                             )
                                           )
  v.                                       )   Civil Action No. 1:16-cv-10398-FDS
                                           )
DISCOVER FINANCIAL SERVICES,               )
DISCOVER STUDENT LOANS,                    )
DISCOVER BANK,                             )
STUDENT LOAN CORPORATION                   )
                                           )
                                           )
    Defendants.                            )
_____)

## CORPORATE DISCLOSURE STATEMENT

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure and Local Rule 7.3, Defendants Discover Financial Services ("DFS"), Discover Student Loans ("DSL"), Discover Bank, and Student Loan Corporation ("SLC") hereby make this corporate disclosure.  DFS is a publicly-held company that has no parent corporation.  No entity owns 10% or more of DFS's stock except for FMR LLC and BlackRock, Inc.  DSL is a trade name, not a corporate entity.  Discover Bank is a wholly-owned subsidiary of DFS.  SLC is a wholly-owned subsidiary of Discover Bank.

| | |
|---|---|
| Dated:  March 4, 2016 | Respectfully submitted, |
| | */s/ Corey D. Winer* <br> Corey D. Winer (BBO# 678410) <br> SIDLEY AUSTIN LLP <br> 60 State Street, 36th Floor <br> Boston, MA, 02109 <br> (617) 223-0352 <br> cwiner@sidley.com |

**CERTIFICATE OF SERVICE**

    I hereby certify that on this day, March 4, 2016, I electronically filed the above Corporate Disclosure Statement using the CM/ECF system, which will automatically send email notification of such filing to all attorneys of record.

| | |
|---|---|
| Dated:  March 4, 2016 | */s/ Corey D. Winer* <br> Corey D. Winer |