UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

_____
                                    )
AMANDA ANDERSON,                    )
                                    )
        Plaintiff,                  )
                                    )
    v.                              )   Civil Action No. 1:16-cv-10398-FDS
                                    )
DISCOVER FINANCIAL SERVICES,        )
DISCOVER STUDENT LOANS,             )
DISCOVER BANK,                      )
STUDENT LOAN CORPORATION            )
                                    )
                                    )
        Defendants.                 )
_____)

**DEFENDANTS' UNOPPOSED MOTION FOR EXTENSION OF TIME TO ANSWER OR OTHERWISE PLEAD WITH RESPECT TO PLAINTIFFS' COMPLAINT**

Defendants Discover Financial Services, Discover Student Loans, Discover Bank, and Student Loan Corporation (collectively "Discover") hereby requests that this Court extend the time to answer or otherwise respond to the Complaint in this action to and including April 22, 2016.  As grounds for this motion, Discover states as follows:

1. Plaintiffs filed this action in the United States District Court for the District of Massachusetts on February 25, 2016.

2. On March 7, 2016, this Court denied the Plaintiffs' motion for a preliminary injunction and set a status date for April 12, 2016.

3. On March 14, 2016, this Court granted Discover's unopposed motion for an extension of time to answer or otherwise plead with respect to the Complaint to April 8, 2016.

4. The parties have been discussing possible resolution of this matter, although it is not clear at this point that those discussions will result in a settlement.

5. On April 6, 2016, counsel for Discover conferred with Plaintiffs' counsel, and Plaintiffs' counsel agreed that Discover could have up to and including April 22, 2016 to answer or otherwise respond to the Complaint.

6. Setting the date to April 22, 2016, will permit Discover the time needed to prepare an appropriate response to the Complaint. It will also permit the parties sufficient time to discuss whether the matter can be resolved without requiring additional pleadings.

WHEREFORE, the Defendants respectfully request that this Court grant an extension of time, to and including April 22, 2016, for Defendants to answer or otherwise respond to the Complaint.

Dated: April 6, 2016                                Respectfully submitted,

*/s/ Jack W. Pirozzolo*
Jack W. Pirozzolo (BBO# 564879)
Corey D. Winer (BBO# 678410)
SIDLEY AUSTIN LLP
60 State Street, 36th Floor
Boston, MA, 02109
(617) 223-0304
(617) 223-0352
jpirozzolo@sidley.com
cwiner@sidley.com

## LOCAL RULE 7.1 CERTIFICATION

I hereby certify that counsel for the Defendants has conferred with counsel for the plaintiffs, and counsel for the Plaintiffs have agreed to the requested extension of time, to and including April 22, 2016, for Defendants to answer or otherwise respond to the Complaint.

*s/ Jack W. Pirozzolo*
Jack W. Pirozzolo

Dated: April 6, 2016

## CERTIFICATE OF SERVICE

      I hereby certify that on this day, April 6, 2016, I electronically filed the above Unopposed Motion for Extension of Time to Answer or Otherwise Plead With Respect to Plaintiffs' Complaint using the CM/ECF system, which will automatically send email notification of such filing to all attorneys of record.

                                                    *s/ Jack W. Pirozzolo*
                                                    Jack W. Pirozzolo

Dated: April 6, 2016