# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MASSACHUSETTS

_____
                                    )
AMANDA ANDERSON,                    )
                                    )
    Plaintiff,                      )
                                    )
  v.                                )   Civil Action No. 1:16-cv-10398-FDS
                                    )
DISCOVER FINANCIAL SERVICES,        )
DISCOVER STUDENT LOANS,             )
DISCOVER BANK,                      )
STUDENT LOAN CORPORATION            )
                                    )
                                    )
    Defendants.                     )
_____)

## DEFENDANTS' UNOPPOSED MOTION FOR EXTENSION OF TIME TO ANSWER OR OTHERWISE PLEAD WITH RESPECT TO PLAINTIFFS' COMPLAINT

Defendants Discover Financial Services, Discover Student Loans, Discover Bank, and Student Loan Corporation (collectively "Discover") hereby requests that this Court extend the time to answer or otherwise respond to the Complaint in this action to and including May 9, 2016.  As grounds for this motion, Discover states as follows:

1.    Plaintiffs filed this action in the United States District Court for the District of Massachusetts on February 25, 2016.

2.    On March 7, 2016, this Court denied the Plaintiffs' motion for a preliminary injunction and set a status date for April 12, 2016.

3.    On April 6, 2016, this Court granted Discover's unopposed motion for an extension of time to answer or otherwise plead with respect to the Complaint to April 22, 2016.

4.    On April 12, 2016, this Court set a further status date for May 9, 2016.

5.	Following the April 12, 2016 status conference, the parties have had further settlement discussions, which are currently ongoing.

6.	On April 20, 2016, counsel for Discover conferred with Plaintiffs' counsel, and Plaintiffs' counsel agreed that Discover could have up to and including May 9, 2016 to answer or otherwise respond to the Complaint.

WHEREFORE, the Defendants respectfully request that this Court grant an extension of time, to and including May 9, 2016, for Defendants to answer or otherwise respond to the Complaint.

Dated:  April 20, 2016

Respectfully submitted,

*/s/ Jack W. Pirozzolo*
Jack W. Pirozzolo (BBO# 564879)
Corey D. Winer (BBO# 678410)
SIDLEY AUSTIN LLP
60 State Street, 36th Floor
Boston, MA, 02109
(617) 223-0304
(617) 223-0352
jpirozzolo@sidley.com
cwiner@sidley.com

## LOCAL RULE 7.1 CERTIFICATION

I hereby certify that counsel for the Defendants has conferred with counsel for the plaintiffs, and counsel for the Plaintiffs have agreed to the requested extension of time, to and including May 9, 2016, for Defendants to answer or otherwise respond to the Complaint.

*s/ Jack W. Pirozzolo*
Jack W. Pirozzolo

Dated: April 20, 2016

## CERTIFICATE OF SERVICE

I hereby certify that on this day, April 20, 2016, I electronically filed the above Unopposed Motion for Extension of Time to Answer or Otherwise Plead With Respect to Plaintiffs' Complaint using the CM/ECF system, which will automatically send email notification of such filing to all attorneys of record.

*s/ Jack W. Pirozzolo*
Jack W. Pirozzolo

Dated: April 20, 2016