United States of America
District of Massachusetts

Suffolk, ss.

| | |
|---|---|
| Anderson | ) |
| | ) |
| v. | )   No. 16-10398 |
| | ) |
| Discover Bank | ) |

**Voluntary Dismissal**

Now comes the Plaintiffs, Amanda Anderson and Robert Anderson, who move to voluntarily dismiss this case without prejudice under Rule 41.  A suitable agreement between the parties is anticipated.  The Plaintiffs hereby seek to dismiss the case without prejudice and without costs to either side.

Respectfully Submitted,

Amanda Anderson
Robert Anderson
By their Attorney

Michael C. Walsh
BBO 681001
Walsh & Son LLP
PO Box 9
Lynnfield, MA 01940
617-257-5496
Walsh.lynnfield@gmail.com

**Certificate of Service**

I, Michael Walsh, certify that this document was electronically served through the Court's EF/CMF filing system, to all participating Attorney and filers.

/S/ Michael Walsh
Michael Walsh